U. S. COURTS

JAN 1 6 1998

REC'D ______ FILED ______
CAMERON S. BURKE
CLERK IDAHO

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO*

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>vs.<br>LISA RUDD,<br>Defendant. | CR 98-008-S-BLW<br>I N D I C T M E N T<br>(Vio. 18 U.S.C. § 1341) |

The GRAND JURY charges that:

COUNT ONE
(Vio. 18 U.S.C. § 1341)

1. That from on or about the end of July, 1996, through on or about August 31, 1996, Lisa Rudd, the defendant herein, devised a scheme to defraud Barclay's Bank, London, England, of moneys in the control of Barclay's Bank in the following manner and means:

2. That on or about August 13, 1996, Kevin Cooper, a financial advisor in England, received from Defendant Lisa Rudd three fraudulent lien draft comptroller warrants, that is, warrant

No. 2661 made payable to Lisa Rudd and Hyla M. Clapier in the amount of $171,618.78, warrant No. 2657 made payable to Lisa Rudd and West Oneness in the amount of $75,620, and warrant No. 2663 made payable to Lisa Rudd and First Fidelity Bands in the amount of $264,396.14. All three fraudulent warrants were issued by Leroy Michael Schweitzer and Daniel E. Petersen.

3. That prior to August 13, 1996, Defendant Lisa Rudd represented to Cooper that the fraudulent lien draft comptroller warrants were, in fact, negotiable instruments.

4. That along with the three fraudulent lien draft comptroller warrants, Cooper received from Defendant Lisa Rudd instructions to use the warrants to open three separate accounts at Barclay's Bank.

5. That on or about August 15, 1996, Cooper received from Defendant Lisa Rudd a fourth fraudulent lien draft comptroller warrant, No. 2662, made payable to Lisa Rudd and Wright Co. in the amount of $600,000.00.

6. That on or about August 5, 1996, Cooper had received from Defendant Lisa Rudd a copy of this same fraudulent lien draft comptroller warrant, which she represented at that time to be a negotiable instrument.

7. That Cooper received from Defendant Lisa Rudd further instructions to open a fourth account at Barclay's Bank with the $600,000.00 fraudulent lien draft comptroller warrant.

8. That after receiving the warrants and instructions for deposit from Defendant Lisa Rudd, Cooper received from Defendant Lisa Rudd instructions for transferring funds from the Barclay's Bank accounts he opened for her to an account at Washington Mutual Bank in Provo, Utah, to an account at Sovereign Bank, Princeton Branch, Princeton, New Jersey, and to other U.S. financial institutions.

9. That after receiving the warrants and instructions for deposit from Defendant Lisa Rudd, Cooper did present the fraudulent lien draft comptroller warrants to Barclay's Bank for deposit, as instructed by Defendant Lisa Rudd.

10. That on or about August 10, 1996, in Canyon County, in the District of Idaho, Defendant Lisa Rudd executed this scheme by sending and causing to be sent, by commercial interstate and international carrier, a fraudulent negotiable instrument, that is, lien draft comptroller warrant No. 2662 in the amount of $600,000.00, which she knew had no value.

All in violation of Title 18, United States Code, Section 1341.

DATED this 16 day of January, 1998.

A TRUE BILL

David R Beck
Foreperson

BETTY H. RICHARDSON
United States Attorney

Wendy J. Olson
Wendy J. Ølson
Assistant United States Attorney